UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

DAVID & BERNADETTE SHAFTO,      Case No. 06-21732

     Chapter 7 Proceeding
Debtor(s).      Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN U.S. REGISTRY

    NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $223.75 for deposit in the U.S. Registry as evidenced by the attached check number 3001, made payable to U.S. Bankruptcy Court.

    The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds/ Under $10 or Unclaimed from the Interim Distribution on or about May 11, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 12 | Christians' Greenhouse | $223.75 |
| | | _____ |
| | TOTAL | $223.75 |

DATED: December 7, 2010

    /s/ Randall L. Frank
    _____
    Randall L. Frank (P33189)
    Chapter 7 Trustee
    310 Davidson Building
    P.O. Box 2220
    Bay City, Michigan 48707
    Telephone: (989) 893-2461
    randall.frank@gmail.com